UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-45842 |
|---|---|
| DAVID S. EDWARDS | (Chapter 13) |
| LORI J. EDWARDS | |
| Debtors | JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3995687**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| / 21 | WELLS FARGO<br>BANKRUPTCY DEPARTMENT<br>ONE HOME CAMPUS<br>DES MOINES, IA  50328 | 71.85 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 1/26/2010

Certificate of Service                    05-45842

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

DAVID S. EDWARDS
LORI J. EDWARDS
5742 WOODMORE DRIVE
DAYTON, OH  45414

ERIC A STAMPS
3814 LITTLE YORK RD
DAYTON, OH  45414

(22.1n)
B FIRST LLC
MAIL STOP 550
2101 FOURTH AVENUE SUITE 1030
SEATTLE, WA  98121

(23.1n)
HILARY B. BONIAL
9441 LBJ FREEWAY
SUITE 350
DALLAS, TX  75243

(24.1n)
LVNV FUNDING LLC
RESURGENT ACQUISITION LP
P.O. BOX 10587
GREENVILLE, SC  29603

(21.1)
WELLS FARGO
BANKRUPTCY DEPARTMENT
ONE HOME CAMPUS
DES MOINES, IA  50328

(18.1n)
WILLIAM BOWEN
1 N MAIN ST
MIDDLETOWN, OH  45042

Jeffrey M. Kellner BY      ___/s/ Jeffrey M. Kellner_____      cs